UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DOAR, RIECK, KALEY & MACK,                                    Case No.

                                    Plaintiff,              **RULE 7.1 STATEMENT**

    -against-

RICHARD GATES,

                                    Defendant.

------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Doar Rieck Kaley & Mack (a private non-governmental par-

ty) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party,

which are publicly held: <u>None</u>.

Dated: New York, New York
      October _10_, 2018

                                    JOEL A. SIEGEL, ESQ.

                                    By: _____
                                          Joel A. Siegel, Esq.
                                          Attorney for Plaintiff
                                          217 Broadway, Suite 707
                                          New York, New York 10007
                                          (212) 233-6900