# JOEL A. SIEGEL
### ATTORNEY-AT-LAW

January 8, 2019

**By ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: Doar Rieck Kaley & Mack v. Richard Gates**
     **U.S. District Court, Southern District of N.Y., Case No. 18-CV-9282 (GBD)**

Dear Judge Daniels:

I represent plaintiff, and write to report that this action has been settled.

Accompanying this letter is a Stipulation and Order of Voluntary Dismissal, which the parties request be so ordered.

This obviates the need for the initial pretrial conference scheduled for January 29, 2019.

Thank you for your attention to this matter.

Respectfully,

Joel A. Siegel

cc: Steven M. Bierman, Esq. (*by email*)
    Thomas C. Green, Esq. (*by email*)
    Walter Mack, Esq. (*by email*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DOAR RIECK KALEY & MACK,

                          Plaintiff,

-against-

RICHARD GATES,

                          Defendant.
-----------------------------------------------------------------x

Case No. 18 CV 9282 (GBD)

**STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED, AGREED, AND CONSENTED TO, by and between the undersigned, as follows:

1. The undersigned counsel for defendant Richard Gates ("Gates") hereby acknowledges his acceptance of service of process in this action on behalf of and at the direction and authorization of Gates.

2. The above-captioned action be, and the same hereby is, voluntarily dismissed, without prejudice, and without costs to either party, as against the defendant pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

3. This action may be restored on five (5) days' notice to opposing counsel in the event of default under the parties' Settlement Agreement being executed along with this Stipulation of Dismissal.

Dated: January 8, 2019

JOEL A. SIEGEL, ESQ.
By: _____
Joel A. Siegel
217 Broadway, Suite 707
New York, NY 10007
Tel: 212-233-6900
Email: jasnycesq@aol.com

*Counsel for Plaintiff*

SIDLEY AUSTIN LLP
By: _____
Steven M. Bierman
787 Seventh Avenue
New York, NY 10019
Tel: 212-839-5510
Email: sbierman@sidley.com

Thomas C. Green
Sidley Austin LLP

1501 K Street, N.W.
Washington, DC   20005
Tel: 202-736-8069
Email: tcgreen@sidley.com

*Counsel for Defendant*

SO ORDERED:

_____
U.S.D.J.

Date: _____
New York, NY